```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       )
                               )
            v.                 ) Criminal No. 15-37 ERIE
                               )
JOHN TRISKET                   )

**POSITION OF DEFENDANT**
**WITH RESPECT TO SENTENCING FACTORS**

AND NOW, comes the defendant, John Trisket, by his attorney, Jay J. Finkelstein, Assistant Federal Public Defender, and respectfully files this Position of Defendant with Respect to Sentencing Factors pursuant to Local Rule 32.

1. Undersigned counsel and Mr. Trisket have reviewed the Presentence Investigation Report.

2. Mr. Trisket has no objection to the advisory guidelines set forth in the Presentence Investigation Report and the calculations set forth therein.

3. Counsel reserves the right to object to the restitution amounts set forth in the Presentence Report.

4. Counsel reserves the right to file a Memorandum in Aid of Sentencing regarding all relevant matters prior to the sentencing hearing including Motion for a Downward Departure Variance from the advisory guideline range.

Respectfully submitted,

**S/ Jay J. Finkelstein**
Jay J. Finkelstein
Assistant Federal Public Defender
Attorney I.D. No. 42943